FILING FEE PAID Yes ___ No ___
IFP MOTION FILED Yes ___ No ___
COPIES SENT TO Court ✓ ProSe ___

FILED
AUG 15 2008
CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY RMR DEPUTY

APPLICATION TO PROCEED IN FORMA PAUPERIS
IN THE COURTS OF THE STATE OF MISSISSIPPI

Demaio Wallar, et al
PETITIONER

VS.

CAUSE NO. ________

San Diego Clerks, et al
~~STATE OF MISSISSIPPI~~
RESPONDENT

'08 CV 1504 JLS NLS

I, Demaio Wallar, an inmate within the Mississippi Department of Corrections, request this Honorable Court to allow me to proceed without prepayment of costs and declare that I am unable to pay the fees and am entitled to proceed as a Pauper. In support thereof, I would show the following, to-wit:

1. I receive income, if any, in the amount of $ 0 per week/ month/ year.

2. I have the amount of $ 0 in a checking and/or savings account located at SMCI/ MDOC.

3. List all other assets such as real estate, bonds, notes, etc.

a. none

b. none

c. none

D. Wallar 116035
AFFIANT

STATE OF MISSISSIPPI
COUNTY OF Greene

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for said jurisdiction, the within named Petitioner, who, after first being by me duly sworn, stated on oath that the statements set forth in the above and foregoing are true and correct as therein stated.

SWORN TO AND SUBSCRIBED before me, this the 12 day of Aug 2008.

LaTasha Clay
NOTARY PUBLIC

LATASHA CLAY JONES COUNTY, MS NOTARY PUBLIC My Commission Expires April 30, 2011